Law Offices of
**MATHENY SEARS LINKERT & LONG, LLP**
MICHAEL A. BISHOP (SBN 105063)
ROGER YANG (SBN 208987)
3638 American River Drive (95864)
Post Office Box 13711
Sacramento, California 95853-4711
Telephone (916) 978-3434
Facsimile (916) 978-3430

Attorneys for Defendant SNOWSHOE SPRINGS ASSOCIATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON K. LEWIS, Administrator of DAVID DONNELL's Estate,<br><br>            Plaintiff,<br><br>v.<br><br>SNOWSHOE SPRINGS ASSOCIATION, WEINTRAUB GENSHLEA CHEDIAK SPROUL, INC., CURTIS C. SPROUL, JOHN GASSER, RICK McCOY, HANS HEYDORN, KAREN SIVLEY, et al.,<br><br>            Defendants. | No. 02:01-cv-1953-MCE-JKM<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)** |

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear her/its own attorney's fees and costs. This stipulation is made as the result of the settlement of this action.

DATED: June 26, 2006                                MATHENY SEARS LINKERT & LONG LLP

                                                                 /s/ - Michael A. Bishop
                                                                MICHAEL A. BISHOP
                                                                Attorney for Defendant SNOWSHOE SPRINGS ASSOCIATION

DATED: June 26, 2006                                JOHNSON & JOHNSON

                                                                 /s/ - Peter Johnson
                                                                PETER JOHNSON
                                                                Attorney for Plaintiff

**ORDER**

Based on the stipulation of the parties, this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE